NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARCUS A. WRIGHT, DOC #C01508, )
)
      Appellant, )
)
v. )
) Case No. 2D18-2152
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed March 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County, Philip J. Federico, Judge.

Marcus A. Wright, pro se.


PER CURIAM.


      Affirmed.


SLEET, LUCAS, and ATKINSON, JJ., Concur.